AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION; and PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, <br><br> *Plaintiff(s)* <br> v. <br> BLUE SHIELD OF CALIFORNIA; and LORENE HACKETT, <br><br> *Defendant(s)* | Civil Action No. 23-cv-5534 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLUE SHIELD OF CALIFORNIA
c/o Lorene Hackett, Agent for Service of Process
20626 Deergrass Court
Porter Ranch, CA 91326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Garner K. Weng
Rosanna W. Gan
Kristine L. Craig
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION; and PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA,<br><br>*Plaintiff(s)*<br>v.<br>BLUE SHIELD OF CALIFORNIA; and LORENE HACKETT,<br><br>*Defendant(s)* | Civil Action No. 23-cv-5534 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LORENE HACKETT
20626 Deergrass Court
Porter Ranch, CA 91326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Garner K. Weng
Rosanna W. Gan
Kristine L. Craig
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*