HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
ROSANNA W. GAN, SBN 325145
rgan@hansonbridgett.com
KRISTINE L. CRAIG, SBN 328736
kcraig@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

*Attorneys for Plaintiffs*
BLUE CROSS AND BLUE SHIELD ASSOCIATION and CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois not-for-profit corporation; and CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, a California nonprofit mutual benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA, a California corporation; and LORENE HACKETT, an individual,<br><br>Defendants. | Case No. 4:23-cv-5534-DMR<br><br>**[~~PROPOSED~~] ORDER DENYING WITHOUT PREJUDICE ~~GRANTING~~ PLAINTIFFS'** *EX PARTE* **APPLICATION FOR PERMISSION TO EFFECT SERVICE OF PROCESS BY PUBLICATION AND GRANTING EXTENSION OF TIME TO SERVE DEFENDANTS** |

Plaintiffs Blue Cross and Blue Shield Association and California Physicians' Service dba Blue Shield of California submitted their *Ex Parte* Application for Permission to Effect Service of Process by Publication and Extension of Time to Serve Defendants before the Honorable Donna M Ryu of the above-entitled Court.

Having reviewed the pleadings and all papers filed herein and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that Plaintiffs' *Ex Parte* Application for Permission to Effect Service of Process by Publication and Extension of Time to Serve Defendants, is

DENIED WITHOUT PREJUDICE for failure to comply with the requirements of California Code of Civil Procedure section 415.50(a)(1), and failure "to show exhaustive attempts to locate the defendant."  *See Bd. of Trustees for Laborers Health & Welfare Tr. Fund for N. California v. P & J Util. Co.*, No. 21-CV-01075-DMR, 2022 WL 20113303, at *4 (N.D. Cal. Aug. 16, 2022) (quoting *Watts v. Crawford*, 10 Cal. 4th 743, 749 n.5 (1995)).

~~GRANTED, and t~~The time to serve Defendants is extended through March 20, 2024.  The initial case management conference set for 1/31/2024 is CONTINUED to 5/15/2024 at 1:30 p.m. via Zoom videoconference.

IT IS SO ORDERED.

Dated: Jan. 25, 2024

Hon. Donna M. Ryu
CHIEF MAGISTRATE JUDGE

2

Case No. 4:23-cv-5534-DMR

ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR SERVICE BY PUBLICATION AND EXTENSION OF TIME

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 425 Market Street, 26th Floor, San Francisco, CA 94105.

On January 24, 2024, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR PERMISSION TO EFFECT SERVICE OF PROCESS BY PUBLICATION AND EXTENSION OF TIME TO SERVE DEFENDANTS** on the interested parties in this action as follows:

BLUE SHIELD OF CALIFORNIA
2511 S. RIMPAU BLVD.
APARTMENT 3
LOS ANGELES, CA 90016-2860

BLUE SHIELD OF CALIFORNIA
20626 DEERGRASS COURT
PORTER RANCH, CA 91326-4992

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hanson Bridgett LLP' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2024 at Albany, California.

                                                  /s/ *Alexandra Whittington*
                                                  Alexandra Whittington